TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00495-CV
 
 




 

 

W. C. and L. H., Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 126th
 District Court OF Travis COUNTY,
 
 NO. D-1-FM-11-000261,
 The Honorable Suzanne Covington, JUDGE
 PRESIDING 
 
 




 


 
 
                                                                 O
 R D E R
 PER CURIAM
                       The reporter’s record in
 this appeal was originally due to be filed on July 30, 2012.  By request to this Court dated August 8,
 2012, Ms. Alicia Racanelli requested an extension of 10 days.
                       Effective March 1, 2012,
 amendments to the Texas Rules of Appellate Procedure adopted by Texas Supreme
 Court Miscellaneous Docket No. 12-9030 prohibit this Court from granting
 extensions of over 10 days for the filing of reporters’ records in
 accelerated appeals, including those from suits for termination of parental
 rights.  See Tex. R. App. P. 35.3(c). 
 Further, any extensions of time granted for the filing of the
 reporters’ records may not exceed 30 days cumulatively.  See
 Tex. R. App. P. 28.4(b)(2).  Accordingly,
 Ms. Alicia Racanelli is hereby ordered to file the reporter’s record in this
 case on or before August 24, 2012.  If
 the record is not filed by that date, Ms. Racanelli may be required to show
 cause why she should not be held in contempt of court.
                       It is ordered on August
 14, 2012.
  
 Before Chief Justices
 Jones, Justices Rose and
 Goodwin